UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NISSAN NORTH AMERICA, INC.,

    Plaintiff,

v.

JOHNSON ELECTRIC NORTH AMERICA,
INC., a foreign corporation,

    Defendant.

Civil Action No. 2:09-cv-11783

Honorable Anna Diggs Taylor

_____

| | |
|---|---|
| Thomas S. Bishoff (P53753) | Stephen N. Weiss (SW3662) |
| Brittany M. Schultz (P63272) | Gregory J. Fleesler (GF2165) |
| Dawn N. Perry (P72399) | Michael J. Pospis (MP2489) |
| DYKEMA GOSSETT PLLC | (not yet admitted to practice) |
| Attorneys for Plaintiff | MOSES & SINGER LLP |
| 400 Renaissance Center | Attorneys for Defendant |
| Detroit, MI 48243 | The Chrysler Building |
| (313) 568-5341 | 405 Lexington Avenue |
| | New York, NY 10174-1299 |
| | (212) 554-7800 |
| | |
| | Matthew J. Lund (P48632) |
| | Adam A. Wolf (P71278) |
| | PEPPER HAMILTON LLP |
| | 100 Renaissance Center |
| | Of Counsel for Defendant |
| | Detroit, MI 48243 |
| | (313) 259-7100 |

_____

## DISCLOSURE OF CORPORATE AFFILIATIONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Nissan North America, Inc. makes the following disclosure:

1.    Is there a parent corporation or any publicly held corporation owning more than 10% of Nissan North America, Inc.'s stock?

    **Yes.  Nissan Motor Co., Ltd. is the parent company of Nissan North America, Inc. Nissan Motor Co., Ltd. is publicly traded in Japan.  American Depository Receipts**

**in Nissan Motor Co., Ltd. are traded in the United States.  Nissan Motor Co., Ltd. owns more than 10% of Nissan North America, Inc.'s Stock.**

        Respectfully submitted,

        DYKEMA GOSSETT PLLC


        By: /s/ Brittany M. Schultz_____
        Thomas S. Bishoff (P53753)
        Brittany M. Schultz (P63272)
        Dawn N. Perry (P72399)
        Attorneys for Plaintiff Nissan
        400 Renaissance Center
        Detroit, MI  48243
        (313) 568-5341

Dated: June 2, 2009

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

**Gregory J. Fleesler**
gfleesler@mosessinger.com,rtorres@mosessinger.com

**Matthew J. Lund**
lundm@pepperlaw.com,mondah@pepperlaw.com

**Michael J. Pospis - NOT SWORN**
mpospis@mosessinger.com

**Stephen N. Weiss**
sweiss@mosessinger.com,jdefrank@mosessinger.com

**Adam A. Wolfe**
wolfea@pepperlaw.com

                         Respectfully submitted,

                         DYKEMA GOSSETT PLLC

                         By: /s/ Brittany M. Schultz
                         Thomas S. Bishoff (P53753)
                         Brittany M. Schultz (P63272)
                         Dawn N. Perry (P72399)
                         Attorneys for Plaintiff Nissan
                         400 Renaissance Center
                         Detroit, MI  48243
                         (313) 568-5341

Dated: June 2, 2009