# EXHIBIT C



Nissan Titan – truck – X61A



Nissan Frontier – truck – X61B



Nissan Armada – SUV – X61A



Infiniti QX56 – SUV – X61A



Nissan Xterra – SUV – X61B



Nissan Pathfinder – SUV – X61B